No. 14037. MAY 27, 1942.

*C. S. Claxton,* for plaintiff. *W. C. Brinson,* for defendant.

WALKER *et al. v.* CITY OF CARROLLTON *et al.*

No. 14130. MAY 27, 1942.

*Willis Smith,* for plaintiffs.   *Boykin & Boykin,* for defendants.

REID, Chief Justice.   This case falls within the general rule that an injunction will not issue to restrain criminal prosecution. Accordingly, whether the ordinances be valid or invalid, the court did not err, on the interlocutory hearing, in dissolving the restraining order theretofore granted ex parte, and in denying an injunction.   Code, § 55-102; *City of Abbeville* v. *Renfroe,* 192 *Ga.* 467 (15 S. E. 2d, 782) ; *Speed Oil Co.* v. *Dublin,* 193 *Ga.* 325 (18 S. E. 2d, 627) ; *Speed Oil of Atlanta* v. *Rome,* 193 *Ga.* 327 (18 S. E. 2d, 628) ; *Spur Distributing Co.* v. *Americus,* 190 *Ga.* 842 (11 S. E. 2d, 30).

*Judgment affirmed.   All the Justices concur, except Atkinson, P. J., who dissents.*